UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| KEITH REBIEJO AND KRISTY REBIEJO, | CASE NO. 1:09-cv-01186-OWW-GSA |
| Plaintiff, | |
| vs. | **ORDER OF DISMISSAL WITH PREJUDICE** |
| NATIONAL ENTERPRISES SYSTEMS, INC. | |
| Defendant. | |

Based upon the Stipulation to Dismiss by all appearing parties and pursuant to Fed.R.Civ.P. 41 (a)(1), the above reference matter is hereby dismissed with prejudice.

**IT IS SO ORDERED:**

DATED: December 8, 2009          /s/ OLIVER W. WANGER_____
                                 United States Senior District Judge

1

Order